**NPAS, Inc.**
P.O. BOX 99400
LOUISVILLE, KY 40269

413562-833738896-SP


**KENDALL REGIONAL**
*Medical Center*
Quality Care. Done Right.

Services Provided by:

| Patient Name: | Elier Gonzalez |
|---|---|
| Account Number: | 24287936 |
| Service Date(s): | 08/13/2018 - 08/21/2018 |
| Statement Date: | 12/04/2018 |
| Placement Date: | 12/03/2018 |

023820

**ELIER GONZALEZ**
**6400 MANOR LN**
**SOUTH MIAMI, FL 33143-4645**

**Contact Us**
NPAS, Inc.
Toll Free 1-800-223-9899  Espanol: 1-800-681-9692
MON-FRI 8AM-9PM SAT 9AM-1PM ET

Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

## PAYMENT REQUEST

| Total Payments | Current Balance | Payment Due By | Amount You Owe |
|---|---|---|---|
| $ 220.41 | $ 933.61 | 12/19/18 | $ 933.61 |

The insurance company was billed, leaving an unpaid balance in the amount shown above. Our records indicate that the balance is your responsibility. Please send payment in full at this time. If paying by check or money order, please indicate the account number and make payable to Kendall Regional Medical Center. In the event you are unable to pay the balance in full, please contact us at 1-800-223-9899 to discuss options for resolving your account.

### Insurance Information
If the insurance information on file is incorrect, please contact us at 1-800-223-9899.
**Primary:** CORVEL CORP CORCARE

### Payment Options

**PAY ONLINE** at your provider's website:
www.kendallmed.com/billpay

**PAY BY PHONE** at no additional cost through our automated system during or after normal business hours. Toll Free 1-800-223-9899.

**MAIL PAYMENT:** <u>make payment out to the provider below</u> and send with the attached coupon to the payment address specified below.

*****PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION*****
Please Detach and Return This Portion With Your Payment

---

Statement Date 12/04/2018

☐ If your address changed, check this box and complete form on back.

**ELIER GONZALEZ**
**6400 MANOR LN**
**SOUTH MIAMI, FL 33143-4645**

| Account Number | 24287936 |
|---|---|
| Payment Due Date | 12/19/18 |
| Balance Due | $ 933.61 |
| Payment Amount Enclosed | |

Please do not send cash. If paying by check or money order, please indicate account number and make payable to:
**KENDALL REGIONAL MEDICAL CENTER.**

**PLEASE DETACH THIS COUPON AND RETURN WITH PAYMENT TO ADDRESS BELOW:**

**KENDALL REGIONAL MEDICAL CENTER**
P.O. BOX 740743
CINCINNATI, OH 45274-0743

Credit Card Authorization (please check one)
☐ MasterCard  ☐ VISA  ☐ DISCOVER  ☐ AMEX

Credit Card Number _____  Exp. Date _____

Cardmember's Signature _____  $ Amount _____